

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Timothy Michael Geng,                          * From the 118th District Court
                                                 of Howard County,
                                                 Trial Court No. 16280.

Vs. No. 11-22-00317-CR                         * July 25, 2024

The State of Texas,                            * Memorandum Opinion by Williams, J.
                                                 (Panel consists of: Bailey, C.J.,
                                                 Trotter, J., and Williams, J.)

        This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.